**2007–2313. In re Roberson Children.**
Stark App. No. 2007CA0067. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon review of the appeal it appears that the case involves the termination of parental rights. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Therefore, pursuant to S.Ct.Prac.R. III(2)(A), appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2007–2171. Jones v. Akron Hous. Appeals Bd.**
Summit App. No. 23934. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's emergency motion for stay of demolition of the house at 444 Blairwood Drive,

It is ordered by the court that the motion is denied.

Furthermore, it appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due December 17, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–2325. State ex rel. Gilmour Realty, Inc. v. Mayfield Hts.**
Cuyahoga App. No. 90575, 2007-Ohio-6480.

## CASE ANNOUNCEMENTS

*December 21, 2007*

[Cite as *12/21/2007 Case Announcements*, 2007-Ohio-6842.]

## MOTION AND PROCEDURAL RULINGS

**2006–0185. State v. Siler.**
Ashland App. No. 02 COA 028, 164 Ohio App.3d 680, 2005-Ohio-6591. This cause came on for further consideration upon appellant's motion for stay of mandate. Upon consideration thereof,

It is ordered by the court that the motion is denied as moot.